

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Keith Caroll Craig,             * From the 326th District
                                      Court of Taylor County,
                                      Trial Court No. 13-10540N.

Vs. No. 11-15-00029-CV             * April 2, 2015

Lori Louise Craig,                * Per Curiam Memorandum Opinion
                                      (Panel consists of: Wright, C.J.,
                                      Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Keith Caroll Craig.